# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MELVIN SIMS**                                                                             **PLAINTIFF**
**ADC #500024**

**V.**                      **NO: 5:10CV00108 BSM**

**JEFFERSON COUNTY JAIL** *et al.*                                     **DEFENDANTS**

## ORDER

The court has received the proposed recommended disposition submitted by Magistrate Judge H. David Young. No objections have been filed. After carefully reviewing the proposed recommended disposition and reviewing the record *de novo*, it is concluded that the proposed recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the court's order.

2. Further, it is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED THIS 21st day of June, 2010.

                                                                            */s/ Brian S. Miller*
                                                            **UNITED STATES DISTRICT JUDGE**