**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MELVIN SIMS**  **PLAINTIFF**
**ADC #500024**

**V.**  **NO: 5:10CV00108 BSM**

**JEFFERSON COUNTY JAIL** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice. Further, it is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED THIS 21st day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE